# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAQUAYLA FIELDS** | * | **CIVIL ACTION NO. 3:25-cv-00133** |
| **VERSUS** | * | **JUDGE BRIAN A. JACKSON** |
| **UVEYE, INC.** | * | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>FIRST SUPPLEMENTAL AND AMENDING PETITION</u>

NOW INTO COURT, through undersigned counsel, comes Petitioner, DAQUAYLA FIELDS, a person of the full age of majority, domiciled in the Parish of Pointe Coupee, State of Louisiana, who with respectfully wishes to amend her original Petition filed herein as follows:

### I.

Petitioner requests that Paragraph 1 of their original Petition be amended to read as follows:

"1.

Made Defendants herein are the following:

1. UVEYE, INC., an unregistered foreign corporation doing business in the State of Louisiana; and

2. CIARA TECHNOLOGIES USA, INC. d/b/a HYPERTEC HTS, a foreign corporation authorized to do and doing business in the State of Louisiana, with its principal place of business located in Tempe, Arizona.

### II.

Petitioner wishes to amend and supplement the name of Defendant, CIARA TECHNOLOGIES USA, INC. d/b/a HYPERTEC HTS in addition to UVEYE, INC. as referenced throughout the Original Petition for Damages including the prayer for relief. All references to Defendant should be amended to read as "Defendants."

**III.**

Petitioner wishes to add the following paragraph to the Original Petition to read as follows:

"12.

"The Defendants in Paragraph 1 above are indebted unto your petitioner herein jointly, severally and in solido for all damages that are reasonable in the premises, together with legal interest on all sums from date of judicial demand, until paid, and all costs incurred herein."

**VI.**

Petitioner reiterates, realleges, and restates each and every allegation contained in her Original Petition for Damages, as if copied herein, *in extenso*.

WHEREFORE, Petitioner, DAQUAYLA FIELDS, prays that a certified copy of this First Supplemental and Amending Petition together with the Original Petition for Damages, be served upon Defendants, and that after due proceedings are had there be judgment herein in favor of Petitioner, DAQUAYLA FIELDS, and against all Defendants, jointly, severally and *in solido* in a sum reasonable in the premises together with legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all equitable relief available under the law.

Respectfully submitted by:
**BROUSSARD, DAVID & MOROUX**
/s/ Rachael P. Catalanotto
**JOHN S. ALFORD (#31594)**
**BLAIR B. ALFORD (#32342)**
**RACHAEL P. CATALANOTTO (#31095)**
324 Courthouse Alley
Covington, LA 70433
Telephone: (985) 273-5997
Facsimile: (337) 233-2353
Email: john@bdm.law
      blair@bdm.law
      rachael@bdm.law
ATTORNEYS FOR THE PETITIONER

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was filed on this day electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or through facsimile, electronic, or U.S. Mail, postage paid.

Covington, Louisiana, this 16th day of January 2026.

/s/ Rachael P. Catalanotto
**RACHAEL P. CATALANOTTO**

**SERVICE:**
**CIARA TECHNOLOGIES USA, INC. D/B/A HYPERTEC HTS**
**Through its Registered Agent for Service of Process:**
**National Registered Agents, Inc.**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**